**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

**DISSOLVED AIR FLOATATION CORPORATION** and **ACCURATE MECHANICAL CONTRACTORS, INC.**

                    Plaintiffs,

vs.

Case No.: 14-CV-1223-WCG

**BHARAT KOTHARI, RUDY PETERS,** and **DAF TECHNOLOGY, LLC**

                    Defendants.

**ORDER**

The above-captioned matter came before the Honorable William C. Griesbach, Chief Judge for the United States District Court for the Eastern District of Wisconsin on the 29th day of May, 2018. The matter was before the court on the Plaintiffs' Renewed Order to Show Cause. Plaintiffs, Dissolved Air Floatation Corporation and Accurate Mechanical Contractors, Inc., appeared by their attorneys, Heath G. Mynsberge, Dempsey Law Firm, LLP, and by its officers, Jeffrey Van Asten and Diane Van Asten. Defendants, Bharat Kothari and Rudy Peters, appeared by his attorneys, Michael C. Goode, the Law Offices of Michael C. Goode, telephonically.

The Court having considered the motion, the arguments made by counsel and the stipulation of the parties finds, for the reasons stated on the record as follows, **IT IS HEREBY ORDERED** that:

1. The matter of contempt against the Defendants for failure to comply with the Court's Orders of July 25, 2017, and December 1, 2016, shall be held open.

2. To avoid further proceedings, the Defendants shall:

    a. Provide all documentation requested of them pursuant to the discovery served upon them or, in the alternative, a detailed explanation of what requested documents are not provided and why; and

    b. Defendant, Kothari, shall provide responses to the Second Set of Discovery served upon him.

3. The Defendants shall complete the requirements of paragraph 2 on or before July 17, 2018. The same shall be sworn to and notarized pursuant to statute and returned to counsel for Plaintiffs prior to that date.

4. If Defendants comply with this Order and the Order of December 7, 2017, counsel for Plaintiffs shall submit a proposed Order dismissing the Order to Show Cause. Should Defendants fail to comply by July 17, 2018, counsel for Plaintiffs may file a request for further proceedings at which time the Court will consider whether the defendants are in contempt and further, whether a fine or jail term should be imposed until and unless the defendants purge the contempt.

5. In the absence of any further filings, the motion will be denied on August 1, 2018, with leave to refile in the event new grounds arise.

Dated this 6th day of June, 2018.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court