UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DISSOLVED AIR FLOATATION
CORPORATION, et al.,

    Plaintiffs,

v.    Case No. 14-C-1223

BHARAT KOTHARI, et al.,

    Defendants.

**ORDER**

Based upon this court's order entered on June 7, 2018, and the court noting that there have been no further filings since the order was entered;

**IT IS HEREBY ORDERED** that all pending motions in this case are denied as moot and the case is dismissed.

Dated this  29th  day of August, 2018.

    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court